WILLIAM P. HAMILTON, Respondent, *v.* FOURTH ESTATE COM-
PANY, Appellant.

*Hamilton* v. *Fourth Estate Co.*, 44 App. Div. 642, affirmed.
(Argued February 1, 1901; decided March 12, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered November 27, 1899, affirming a judgment in favor of plaintiff, entered upon a verdict directed by the court.

*Herbert H. Walker* for appellant.

*Thomas Allison* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ.

---

BENJAMIN L. CONDE, Respondent, *v.* THE CITY OF SCHENECTADY et al., Appellants.

(Submitted February 25, 1901; decided March 12, 1901.)

Motion for reargument denied, with ten dollars costs. (See 164 N. Y. 258.)

---

THOMAS J. DUNN, as Sheriff of the City and County of New York, et al., Respondents, *v.* ELIZA J. ARKENBURGH, as Executrix of ROBERT H. ARKENBURGH, Deceased, Appellant, Impleaded with Another.

(Submitted February 25, 1901; decided March 12, 1901.)

Motion for reargument denied, with ten dollars costs. (See 165 N. Y. 669.)